## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

David & Michelle L. Abbagnaro

Case No. 18-10492MDC

Debtor(s)

Chapter 13

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on February 7, 2019, a true and correct copy of the ORDER DISMISSING CHAPTER13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

Dated: February 7, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire